IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MELONY ISABELL,<br>    Plaintiff, | ) <br> ) <br> ) | No. 3:10-cv-195 |
| v. | ) <br> ) <br> ) | Judge Nixon |
| ZIMMER, INC.,<br>    Defendant. | ) <br> ) | Magistrate Judge Brown |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Plaintiff, through counsel and pursuant to Fed. R. Civ. P. 41(a), moves this Court for an Order dismissing this civil action without prejudice, with each party to bear its own attorneys' fees and other expenses of litigation. If there are any remaining court costs assessed by the Clerk, those costs shall be taxed to the Plaintiff.

Respectfully submitted,

s/James B. Lewis
James B. Lewis, #19477
Attorney for Plaintiff
Bill Easterly & Associates, P.C.
3017 Poston Avenue
Nashville, TN 37203
(615) 244-2222
jim@billeasterly.com

*So Ordered*

1