IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MELONY ISABELL, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 3:10-cv-00195 |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Brown |
| ZIMMER HOLDINGS, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |

## ORDER

The order previously entered on January 18, 2011 (Doc. No. 16), regarding Plaintiff Melony Isabell's Motion for Voluntary Dismissal ("Plaintiff's Motion") (Doc. No. 15) is hereby **STRICKEN from the record**. Plaintiff may renew her Motion for Voluntary Dismissal within ten (10) days from the entry of this order.

It is so ORDERED.

Entered this the 9th day of February, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT