# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| MELONY ISABELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-0195 |
| ) | Judge Nixon |
| ZIMMER HOLDINGS, INC., d/b/a ) | Magistrate Judge Brown |
| ZIMMER US, INC., ) | |
| ) | JURY DEMAND |
| Defendant. ) | |

## ORDER

Before the Court is Plaintiff's and Defendant's Stipulation of Dismissal with Prejudice (Doc. No. 26). Per Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** that this action be **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close this case.

It is so ORDERED.

Entered this the 14th day of March, 2011.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT